UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MATHEW WOODLEY TRIBAL TRUST DECENDANTS | CIVIL ACTION NO. 19-cv-1278 |
| VERSUS | CHIEF JUDGE HICKS |
| MARY R. GALLASPY CHARITABLE TRUST NO. 1, ET AL | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Plaintiff's complaint is **DISMISSED** for lack of subject-matter jurisdiction and pursuant to 28 U.S.C. § 1915(e)(2).

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 11th day of February, 2020.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE